```
                                              USDC SDNY
                                              DOCUMENT
UNITED STATES DISTRICT COURT                  ELECTRONICALLY FILED
SOUTHERN DISTRICT OF NEW YORK                 DOC#
                                              DATE FILED: 5-13-19
```

UNITED STATES OF AMERICA

       - against -              18 Cr. 143 (JGK)

WENDELL MITCHELL,              ORDER

           Defendant.

JOHN G. KOELTL, District Judge:

The parties should inform the Court by the close of business **Tuesday May 14, 2019** with respect to the following items relating to the pre-sentence report for the defendant:

(1) Should ¶ 39 be offense level 24, rather than 28?

(2) Were the prior "substance abuse" convictions for the defendant under New York State law described in ¶¶ 51-52 categorically "substance abuse" convictions for purposes of the career offender guideline, § 4B1.1? See <u>United States v. Townsend</u>, 897 F.3d 66 (2d Cir. 2018).

(3) Should the criminal history points in ¶ 51 be 3, rather than 2?

SO ORDERED.

Dated:   New York, New York
         May 13, 2019

                                    John G. Koeltl
                             United States District Judge