```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————————————————
UNITED STATES OF AMERICA

        - against -                             18cr143 (JGK)

WENDELL MITCHELL,                               ORDER

                Defendant.
————————————————————————————————
```

**JOHN G. KOELTL, District Judge:**

The Government should respond to the defense motion (Dkt. No. 103) by April 15, 2020.

**SO ORDERED.**

**Dated:** New York, New York
April 6, 2020                        /s/ John G. Koeltl
                                         John G. Koeltl
                                   United States District Judge