**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
───────────────────────────────────

**UNITED STATES OF AMERICA**

       - against -                         18 Cr. 143 (JGK)

**WENDELL MITCHELL,**                       **ORDER**

                Defendant.
───────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    The parties should consult with Probation and submit a proposed order of immediate release for the defendant subject to appropriate conditions. The order should be submitted as soon as possible and, in any event, by April 20, 2020.

**SO ORDERED.**

**Dated:**    New York, New York
           April 16, 2020               /s/ John G. Koeltl
                                              John G. Koeltl
                                    United States District Judge