UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>WENDELL MITCHELL,<br><br>Defendant. | **ORDER**<br><br>**18 Cr. 143 (JGK)** |

Upon the application of defendant Wendell Mitchell, pursuant to 18 U.S.C. § 3582(c) for a modification of his sentence in light of the current COVID-19 pandemic (Dkt. 103), and the Government's response thereto (Dkt. 105), the Court directed the parties to submit a proposed order of immediate release subject to the appropriate conditions (Dkt. 106). With respect to the defendant's conditions, including a period of home confinement, and after consultation with the parties and with the Probation Department, IT IS HEREBY ORDERED THAT:

1.  The defendant shall serve the first month of supervised release on home incarceration and reside at the residence in Hemstead, Long Island, New York, which was referenced in the defendant's motion (Dkt. 103), or at a residence approved by the Probation Department. The defendant shall be permitted to leave only for medical appointments and visits with counsel, or as otherwise authorized in advance by the Probation Department. These conditions will be enforced by GPS monitoring.

2.  In light of the COVID-19 pandemic, for the first 14 days following the defendant's release from custody, the defendant shall self-quarantine at the residence in Hemstead, Long Island, New York, which was referenced in the defendant's motion (Dkt. 103). The defendant shall not leave the residence except as authorized in advance by the Probation Department on a showing of medical need.

3.   After the first 14 days following the defendant's release from custody has expired, the defendant must remain at his approved residence except to seek any necessary medical treatment or to visit with counsel, in each instance with prior notice and approval by the Probation Department.

4.   The defendant shall possess or have access to a telephone that will allow video conferencing with the Probation Department.

5.   The defendant shall report to the Probation Department at 500 Pearl Street, 6th Floor, within 24 hours of the conclusion of the 14-day quarantine period described above in order for the defendant to obtain a GPS ankle bracelet.

6.   The Probation Office is directed to immediately alert the Court, the Government, and defense counsel of any violation of the above conditions, without need for a formal violation petition.  The defendant is hereby notified that violation of these terms of supervised release may result in the revocation of supervised release.

7.   This Order is subject to modification by the Court at any time.


SO ORDERED.

Dated: New York, New York
       April __17__, 2020

                                        /s/ John G. Koeltl
                                        _____
                                        THE HONORABLE JOHN G. KOELTL
                                        UNITED STATES DISTRICT JUDGE
                                        SOUTHERN DISTRICT OF NEW YORK