UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

WENDELL MITCHELL,

          Defendant.

ORDER

18 Cr. 143 (JGK)

Upon the application of defendant's Attorney Samuel Gregory, pursuant to the CJA Act, it is hereby requested that Counsel be re-appointed nunc pro tunc to March 30, 2020 to represent Wendell Mitchell. Counsel prepared and filed a motion for compassionate release and performed other attendant efforts to have Mr. Mitchell released. It was counsel's understanding that his original appointment would be sufficient to be compensated under CJA. Counsel was mistaken. His voucher was returned with an instruction that it was necessary to be re-appointed. Thus, counsel requests that the Court sign this order of appointment.

SO ORDERED.

Dated: New York, New York
      May __11__, 2020

                                             /s/ John G. Koeltl
                                       _____

                                       THE HONORABLE JOHN G. KOELTL
                                       UNITED STATES DISTRICT JUDGE
                                       SOUTHERN DISTRICT OF NEW YORK